authority to inform Zakia and Hogan Willig of plaintiff's consent and waiver (*see generally Hallock v State of New York*, 64 NY2d 224, 231 [1984]; *Vafakos v Knight*, 41 AD3d 140 [2007]). Contrary to the further contention of plaintiff, his consent was made after full disclosure by Zakia and Hogan Willig, at which time he "had all the information [he] needed to make an informed decision" (*St. Barnabas Hosp.*, 7 AD3d at 94). We thus conclude that defendant established as a matter of law that plaintiff is not entitled to disqualify the law firm hired by defendant to represent her (*cf. Falk*, 11 NY3d at 77-78). Present—Scudder, P.J., Smith, Centra and Fahey, JJ.

■ In the Matter of JAMES F. RYAN, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [869 NYS2d 352] Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Dec. 9, 2008.)

■ In the Matter of KENNETH A. DE GASPER, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [869 NYS2d 353] Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Dec. 10, 2008.)

■ In the Matter of JOHN M. BAILEY, an Attorney, Respondent. [869 NYS2d 352] Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Dec. 9, 2008.)

■ In the Matter of JOHN P. DUFFY, an Attorney, Respondent. [869 NYS2d 352] Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Dec. 9, 2008.)

■ In the Matter of DOUGLAS R.M. NAZARIAN, an Attorney, Respondent. [869 NYS2d 352] Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Dec. 3, 2008.)

■ In the Matter of THOMAS T. ADAMS, an Attorney, Respondent. [869 NYS2d 352]

1530

Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Dec. 10, 2008.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINIC A. BRETTI, Appellant. [869 NYS2d 847] Present—Scudder, P.J., Hurlbutt, Centra, Pine and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINIC A. BRETTI, Appellant. [869 NYS2d 847] Present—Scudder, P.J., Hurlbutt, Centra, Pine and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRIN SINGLETON, Appellant. [869 NYS2d 847] Present—Scudder, P.J., Centra, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISMAEL SALADEEN, Appellant. [869 NYS2d 847] Present—Scudder, P.J., Hurlbutt, Martoche and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN J. MOORE, Appellant. [869 NYS2d 847] Present—Hurlbutt, J.P., Martoche, Pine and Gorski, JJ.

In the Matter of KAHLIL S. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MAMIE W.-K., Appellant. (Appeal No. 1.) [869 NYS2d 847] Present—Scudder, P.J., Smith, Pine and Gorski, JJ.

In the Matter of TERRELL Z., JR. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MAMIE W.-K., Appellant. (Appeal No. 2.) [869 NYS2d 847] Present—Scudder, P.J., Smith, Pine and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN E. AKIN, Appellant. [869 NYS2d 847] Present—Scudder, P.J., Hurlbutt, Fahey, Green and Pine, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY HALL, Appellant. [869 NYS2d 847] Present—Scudder, P.J., Centra, Fahey, Green and Pine, JJ.

In the Matter of RSM WEST LAKE ROAD LLC et al., Respondents, v TOWN OF CANANDAIGUA ZONING BOARD OF AP-